O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD J. GLAIR, | ) | Case No. [CV 13-08946 DDP (JCGx)] |
| | ) | CV 15-03079 DDP (JCG)✓ |
| Plaintiff, | ) | |
| | ) | **ORDER RE MOTION TO CONSOLIDATE** |
| v. | ) | **CASES** |
| | ) | |
| CITY OF LOS ANGELES, JOHN N. | ) | |
| INCONTRO. COMMANDER- | ) | |
| METROPOLITAN DIVISION LOS | ) | |
| ANGELES POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Plaintiff, a pro se litigant, filed a complaint in state court in 2013, alleging civil rights violations by officers of the Los Angeles Police Department during an emergency investigation of a shooting at a police station. (Dkt. No. 1.) That complaint was removed here as civil case number 13-08946. (Id.) During discovery, Plaintiff acquired the names of two additional officer defendants and wished to add these officers as parties to his suit. (Dkt. No. 57.) Plaintiff therefore filed a second action with the Court, which became civil case number 15-03079. (Id.) Plaintiff now moves to consolidate the two cases. (Id.)

In most cases, when a plaintiff wishes to add defendants, the proper procedural tool for doing so is a motion for leave to amend the complaint. Fed. R. Civ. P. 15(a)(1)(B). "Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." Adams v. California Dep't of Health Servs., 487 F.3d 684, 688 (9th Cir. 2007). **The second civil case (15-03079) should not have been filed and is therefore DISMISSED.** Plaintiff's Motion to Consolidate Cases (DOCKET NUMBER 57) and the Ex Parte (DOCKET NUMBER 64) are VACATED as moot.

If Plaintiff wishes to add additional defendants to (or otherwise amend) his original complaint, he should file a motion seeking leave to amend in the original civil case (13-08946). To avoid further delay, the Court orders that Plaintiff file any such motion for leave to amend not later than 21 days from the date of this order.

Additionally, having reviewed the complaint in this case, the Court determines that this case should be heard by the magistrate judge and ORDERS the Clerk to assign this case to the magistrate pursuant to General Order 05-07 ("Assignment of Duties to Magistrate Judges"). The magistrate will hear the case, rule on non-dispositive motions, and produce a Report and Recommendation for the Court. All pending hearing dates in case 13-08946 are vacated and may be re-set by the magistrate judge as his calendar permits.

IT IS SO ORDERED.

Dated: August 14, 2015

DEAN D. PREGERSON
United States District Judge

2